735 A.2d 708

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Robert A. WERNER, Appellee.**

Supreme Court of Pennsylvania.

Submitted Aug. 3, 1999.

Decided Sept. 9, 1999.

James B. Martin, Dist. Atty., Kelly B. Waldron, Asst. Dist. Atty., for Com.

Richard Long, Public Defender, Glenn M. Goodge, Asst. Public Defender, for Robert Werner.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## *ORDER*

PER CURIAM.

Based upon our disposition in *Commonwealth v. Williams,* 557 Pa. 285, 733 A.2d 593 (1999), we affirm the Order of the Lehigh County Court of Common Pleas dated November 20, 1997. Furthermore, we remand the matter to the common pleas court for disposition of any remaining issues.

Jurisdiction is relinquished.